**Michael Fuller, OSB No. 09357**
Lead Attorney for Plaintiff
Olsen Daines PC
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-201-4570

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **GERALD BLOCK,** individually and on behalf of all other Oregon veterans, | Case No. 3:17-cv-1808-YY **COVER PAGE** |
| Plaintiff, | |
| v. | |
| **FUTURE INCOME PAYMENTS, LLC,** a Delaware limited liability company, | |
| Defendant. | |

# Summons Service Executed

**COVER PAGE**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:17-cv-1795

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Future Income Payments, LLC

was received by me on *(date)* 12/06/2017 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: On December 6, 2017, I caused the summons and complaint in this action to be served on Future Income Payments, LLC by USPS First Class Regular and Certified Mail, return receipt requested, postage pre-paid, to Future Income Payments, LLC c/o RA Agents and Corporations, Inc. 1201 Orange St. Ste 600, One Commerce Center, Wilmington DE 19801.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/06/2017

*Server's signature*

Yaneli Silva, Server
*Printed name and title*

PO Box 12829
Salem, OR 97309

*Server's address*

Additional information regarding attempted service, etc: