**Laura Caldera Taylor**, OSB #993786
E-mail:   laura.taylor@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Defendant Future Income Payments, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **GERALD BLOCK**, individually and on behalf of all other Oregon veterans,<br><br>      Plaintiff,<br><br> v.<br><br>**FUTURE INCOME PAYMENTS, LLC**, a Delaware limited liability company,<br><br>      Defendant. | Civil No.: 3:17-cv-01808-YY<br><br>**DEFENDANT FUTURE INCOME PAYMENTS, LLC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. Pro. 7.1 and LR 7.1-1, Future Income Payments, LLC respectfully submits the following Corporate Disclosure Statement. Future Income Payments, LLC is a limited liability company, and no publicly held corporation owns 10% or more of Future Income Payments, LLC. The member of Future Income Payments, LLC is a citizen of Nevada.

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**DEFENDANT FUTURE INCOME PAYMENTS, LLC'S CORPORATE DISCLOSURE STATEMENT**
**Page 1**

DATED:  February 15, 2018

        BULLIVANT HOUSER BAILEY PC

By  <u>S/ Laura Caldera Taylor</u>
    **Laura Caldera Taylor**, OSB #993786
    Telephone: 503.228.6351
    Attorneys for Defendant Future Income
    Payments, LLC

4827-8358-4349.1

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**DEFENDANT FUTURE INCOME PAYMENTS, LLC'S CORPORATE DISCLOSURE STATEMENT**
**Page 2**