**Michael Fuller, OSB No. 09357**
Lead Attorney for Plaintiff
Olsen Daines PC
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-743-7000

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **GERALD BLOCK,** individually and on behalf of all other Oregon veterans, | Case No. 3:17-cv-01808-YY |
| Plaintiff, | **COVER PAGE** |
| v. | |
| **FIP LLC,** a Nevada limited liability company, | |
| Defendant. | |

# Summons Service Executed

**COVER PAGE**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:17-cv-01808-YY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* FIP LLC
was received by me on *(date)* 03/06/2018.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On March 6, 2018, I caused the summons and complaint in this action to be served on FIP LLC by USPS First Class Regular and Certified Mail, return receipt requested, postage pre-paid, to FIP LLC c/o R.A. ISL, Inc., 321 W Winnie Ln, Ste. 104, Carson City, NV 89703.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 03/06/2018

*Server's signature*

Yaneli Silva, Server
*Printed name and title*

PO Box 12829
Salem, OR 97309
*Server's address*

Additional information regarding attempted service, etc: