**Laura C. Caldera**, OSB #993786
E-mail:   laura.caldera@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Defendant FIP, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **GERALD BLOCK**, individually and on behalf of all other Oregon veterans,<br><br>                    Plaintiff,<br><br>        v.<br><br>**FUTURE INCOME PAYMENTS, LLC**, a Delaware limited liability company,<br><br>                    Defendant. | Civil No.: 3:17-cv-01808-YY<br><br>**DEFENDANT FIP, LLC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. Pro. 7.1 and LR 7.1-1, FIP, LLC respectfully submits the following Corporate Disclosure Statement.  FIP, LLC is a limited liability company, and its

///

///
Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**DEFENDANT FIP, LLC'S CORPORATE DISCLOSURE STATEMENT**
**Page 1**

sole member is Cash Flow Outsourcing Services, Inc., which is a corporation organized under the laws of the Republic of the Philippines.

DATED:  May 4, 2018

                        BULLIVANT HOUSER BAILEY PC


                By  *S/ Laura C. Caldera*
                     **Laura C. Caldera**, OSB #993786
                     Telephone: 503.228.6351
                     Attorneys for Defendant FIP, LLC

4850-2153-3797.1

**Bullivant|Houser|Bailey PC**

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**DEFENDANT FIP, LLC'S CORPORATE DISCLOSURE STATEMENT**
**Page 2**