UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **GERALD BLOCK**, individually and on behalf of all others, | Case No. 3:17-cv-01808-YY |
| Plaintiff, | **COVER PAGE** |
| v. | |
| **FIP, LLC**, a Nevada limited liability company, | |
| Defendant. | |

# Exhibit 2

**COVER PAGE**

Exhibit 2 – Page 1 of 4

1
2
3
4             IN THE CIRCUIT COURT OF THE STATE OF OREGON
5                        FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| 6  STATE OF OREGON, ex rel. ELLEN F. ROSENBLUM, Attorney General for the State<br>7  of Oregon, and CAMERON C. SMITH, Director of the Department of Consumer and<br>8  Business Services,<br>9           Plaintiff,<br>10          v.<br>11 FUTURE INCOME PAYMENTS, LLC f/k/a Pensions, Annuities and Settlements, LLC, a<br>12 Delaware limited liability company; FIP, LLC, a Nevada limited liability company; and<br>13 SCOTT A. KOHN,<br>14         Defendants. | Case No. 18CV18811<br><br>EX PARTE TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ENTER |

15    Plaintiff's Motion For Temporary Restraining Order And Order To Show Cause Why a

16 Preliminary Injunction Should Not Enter came before the Court ex parte on May 10, 2018.

17    Based on the record, the Declarations of Jermaine F. Brown, Assistant Attorney General,

18 Department of Justice; Shiori Gold, Paralegal, Department of Justice; Debbie Myers, Financial

19 Examiner, Department of Consumer and Business Services; Marlene Olson, Investigator,

20 Department of Justice; and Rachel Royston, Investigator, Department of Consumer and Business

21 Services, the Court finds:

22    1.    Plaintiff attempted to notify Defendants of the motion, as follows:

23         a.    By overnight mail, to defendant Future Income Payments, LLC at the

24 address of its registered agent in Wilmington, Delaware;

25         b.    By overnight mail, to defendant FIP, LLC at the address of its registered

26 agent in Carson City, Nevada;

Page 1 -   EX PARTE TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A
            PRELIMINARY INJUNCTION SHOULD NOT ENTER
            JFB/jfb/8932469-v1

                           Department of Justice
                           100 SW Market Street
                           Portland, OR 97201
                           (971) 673-1880 / Fax: (971) 673-1882        Exhibit 2 – Page 2 of 4

1          c.    By overnight mail, to defendant Scott A. Kohn, at 8628 Titleist Circle, Las Vegas, NV 89117; and,

3          d.    By email to Laura Caldera, Bullivant Houser Bailey, counsel for FIP *Block v. Future Income Payments, LLC*, 17-CV-01808 (D Or filed Nov 11, 2017).

2.    Good cause exists for the issuance of a temporary restraining order and order to show cause why a preliminary injunction should not issue.

IT IS THEREFORE ORDERED as follows:

1.    Defendants FUTURE INCOME PAYMENTS, LLC f/k/a Pensions, Annuities and Settlements, LLC, FIP, LLC, and SCOTT A. KOHN, their officers, agents, servants, employees, and lawyers, and all other persons in active concert or participation with any of them who receive actual notice of this order, by personal service or otherwise, are hereby enjoined and restrained from:

    a.    Violating any provision of the Oregon Consumer Finance Act or the administrative rules promulgated thereunder, including, but not limited to, making consumer loans or acting as an agent, broker, or facilitator for makers of consumer finance loans;

    b.    Engaging in any business in Oregon in which defendants loan money, or otherwise extend credit, to Oregon consumers;

    c.    Advertising to, soliciting or entering enter into any agreement with an Oregon consumer in which defendants agree to advance money to an Oregon consumer in exchange for the consumer's promise to assign, transfer, or otherwise convey any portion of the consumer's unpaid earnings, including wages, pension, or any other guaranteed future income, to defendants;

    d.    Withdrawing moneys from any Oregon borrower's or consumer's account or otherwise collecting, receiving or retaining any principal, interest, fees or

Page 2 -   EX PARTE TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ENTER
JFB/jfb/8932469-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-1882

Exhibit 2 – Page 3 of 4

1  charges related to or in connection with the consumer finance loans
2  defendants made to Oregon residents; and,
3     e. Selling or assigning the void and unenforceable debts to a debt buyer, debt
4  collector or other person for collection.
5     2. Defendants shall appear before this court on May 17, 2018, at 9:00 a.m., in Room
6  208 of the Multnomah County Courthouse, for a call on for hearing to show cause, if there be
7  any, why the activities described above should not continue to be restrained during the pendency
8  of this action.
9     3. The order contained in paragraph 1 above shall expire on May 18, 2018 at
10 5:00 p.m., unless extended by further order of this court.
11
12    DATED this 10 day of May, 2018.
13
14                                            STEPHEN K. BUSHONG
15                                            Circuit Court Judge
16 Submitted by:
   Jermaine F. Brown #073415
17 Of Attorneys for Plaintiff
18
19
20
21
22
23
24
25
26

Page 3 -  EX PARTE TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ENTER
JFB/jfb/8932469-v1