**Michael Fuller, OSB No. 09357**
Lead Attorney for Plaintiff
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-743-7000

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **GERALD BLOCK**, individually and on behalf of all others, | Case No. 3:17-cv-01808-YY |
| Plaintiff, | **DISMISSAL NOTICE** |
| v. | |
| **FIP, LLC**, a Nevada limited liability company, | |
| Defendant. | |

**DISMISSAL NOTICE** – Page 1 of 3

## DISMISSAL NOTICE

Under FRCP 41 this action is dismissed.

January 29, 2019

**RESPECTFULLY FILED,**

s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Lead Attorney for Plaintiff
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-743-7000

**DISMISSAL NOTICE** – Page 2 of 3

## CERTIFICATE OF SERVICE

I certify that I caused this document to be served on all parties by first class mail to:


**FIP LLC**
**c/o registered agent ISL, Inc.**
**321 W Winnie Ln Ste 104**
**Carson City, Nevada 89703**


January 29, 2019

s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Lead Attorney for Plaintiff
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-743-7000
